1  Nicole G. Minkow (SBN 190444)
   ngm@4pbw.com
2  Douglas H. Hoang (SBN 193412)
   dhh@4pbw.com
3  PEARLMAN, BORSKA & WAX
   15910 Ventura Boulevard, 18th Floor
4  Encino, CA  91436
   (818) 501-4343 - Office
5  (818) 386-5700 - Fax

6  Attorneys for Defendant
   STARBUCKS CORPORATION

7

8             UNITED STATES DISTRICT COURT
9             CENTRIAL DISTRICT OF CALIFORNIA
10

11 | GEORGE CABLE, an individual,         | CASE NO.:  2:17-cv-2242
12 |            Plaintiff,                | **NOTICE OF RELATED CASES PURSUANT TO LOCAL RULES 83-1.3.1 IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**
13 |     vs.                              |
14 | STARBUCKS CORPORATION and DOES 1 through 100, inclusive, |
15 |                                      |
16 |            Defendants.               | *[Filed concurrently with Notice of Removal; Civil Cover Sheet; Declarations of Maryann Jensen and Nicole G. Minkow; Certification of Interested Parties; and Corporate Disclosure Statement]*
17
18
19                                          Action Filed:  February 8. 2017

20
21
22
23
24
25
26
27
28

1

NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3

1     **TO THE UNITED STATES DISTRICT COURT FOR THE**
2     **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION, AND**
3     **TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:**
4         **NOTICE IS HEREBY GIVEN THAT,** pursuant to Local Rule 83-1.3.1,
5     there are no related cases previously filed or currently pending before the United
6     States District Court for the Central District of California.
7     Dated: March 22, 2017          PEARLMAN, BORSKA & WAX
8
9                              /s/  *Nicole G. Minkow*
10                              NICOLE G. MINKOW
11                              DOUGLAS H. HOANG
                               Attorneys for Defendant
12                              STARBUCKS CORPORATION
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action; my business address is 15910 Ventura Boulevard, 18th Floor, Encino, CA 91436.

On March 22, 2017, I served the foregoing document described as **NOTICE OF RELATED CASES PURSUANT TO LOCAL RULES 83-1.3.1 IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION** on the interested parties in this action by placing true copies thereof, in sealed envelopes, addressed as follows:

Joshua Cohen Slatkin, Esq.
LAW OFFICES OF JOSHUA COHEN SLATKIN
2001 Wilshire Boulevard, Suite 320
Santa Monica, CA 90403

Attorney for Plaintiff GEORGE CABLE

☒ **BY MAIL**

I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence, pleadings, and other matters for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. The envelope or package is placed in the mail at 15910 Ventura Boulevard, Eighteenth Floor, Encino, California 91436. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **FEDERAL**

I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on March 22, 2017, at Encino, California.

PATTI MONSERRAT

3

NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3